IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON  DIVISION

| | |
|---|---|
| **SHANNON D. WILLIAMS,** | |
| **Plaintiff,** | |
| v. | Civil Action No.<br>5:09-CV-149 (CAR) |
| **LINFRED L. DAVIS, Probation Officer** | |
| **Defendant.** | |
| _____ | |

**ORDER ON THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is United States Magistrate Judge Claude W. Hicks's Recommendation [Doc. 16] that Defendant's Motion to Dismiss [Doc. 8] be granted and this case be dismissed due to Plaintiff's failure to state a claim.  Plaintiff did not file an Objection to the Recommendation. Having considered the Recommendation, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendant's Motion to Dismiss [Doc. 8] is hereby GRANTED, and this case is hereby DISMISSED.

**SO ORDERED**, this 2nd day of February, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH